| | |
|---|---|
| SHERRY CARSWELL | NUMBER **636373·C** |
| VERSUS | FIRST JUDICIAL DISTRICT COURT |
| GDR TRANSPORT LLC, ET AL | CADDO PARISH, LOUISIANA |
| Permanent Assignment | Section |

## PETITION FOR DAMAGES

The petition of SHERRY CARSWELL whom is a resident of Bossier City, Bossier Parish, Louisiana, (hereinafter referred to as "petitioner"), respectfully represents:

1.

Made defendants herein are:

1) GDR TRANSPORT, LLC, a limited liability Company, whom may be served through their registered agent for service of process, Rosa Rabara, P. O. Box 672, Spanaway, Washington, 98387; and,

2) NORTHLAND INSURANCE COMPANY, an insurance company authorized to do and doing business in the State of Louisiana, which may be served through its service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

The accident herein complained of occurred:

A) On Interstate 20 Eastbount;

B) In Greenwood, Caddo Parish, Louisiana;

C) On May 7, 2021.

3.

Petitioner shows that on May 7, 2021, an employee for defendant, GDR TRANSPORT, LLC, was operating a 2019 Volvo two door vehicle bearing Washington license 72842RP.

Scanned with CamScanner

4.

Petitioner further shows that the aforementioned GDR TRANSPORT, LLC vehicle, was insured on the date of the accident by the defendant NORTHLAND INSURANCE COMPANY under policy number WN295817.

5.

Petitioner shows that the defendant, GDR TRANSPORT, LLC, was traveling in a Easterly direction on Interstate 20. Petitioner further shows that she was also traveling in a Easterly direction on Interstate 20. Petitioner further shows that as she was slowing for traffic, she was struck from behind by GDR TRANSPORT, LLC vehicle causing a collision.

6.

Petitioner further shows that the defendant GDR TRANSPORT, LLC, was negligent in the following non-exclusive list of particulars:

A) Failure to maintain control of its vehicle;

B) Failure to keep a proper lookout;

C) Failure to observe the laws of the State of Louisiana;

D) Failure to stop;

E) Any other acts of negligence which may be shown at the trial of this case on the merits or which may become facts in pleadings or proceedings.

7.

Petitioner further shows that the aforementioned accident was caused soley and proximately by the negligence of the defendant, GDR TRANSPORT, LLC, and its employee.

8.

As a result of the aforementioned accident, petitioner suffering will continue for an indefinite period of time, she will suffer great and excruciating pain, both mental and physical, together with the disability to engage in normal social, educational,

Scanned with CamScanner

economic, business and activities, and she fears such conditions will be permanent.

9.

Petitioner, SHERRY CARSWELL, itemizes her damages as follows:

A) Past, present and future medical expenses;

B) Past, present and future pain, suffering, mental anguish, distress and loss of social functions;

C) Past, present and future loss of wages and loss of earning capacity;

D) Past, present and future loss of the ability to engage in her normal and usual social, recreational and family activity.

10.

Petitioner further desires that this Honorable Court award general damages unto petitioner to compensate her for pain, suffering, inconvenience, and mental anguish.

11.

Petitioner further shows that the amount in dispute in this litigation does exceed seventy-five thousand dollars, exclusive of interest and costs.

12.

Petitioner further shows that her damages, both past, present and future, were caused by the negligence of the defendant, GDR TRANSPORT, LLC.

13.

The defendants have in their possession the following documents which are necessary and material to the intelligent preparation of petitioner case and same should be filed and produced into Court for inspection and/or copying by petitioners at the earliest practical date. By them and evidence derived therefrom, petitioners will prove the allegations set forth in this petition. Said documents are:

A) Statements taken from Petitioner;

B) Photographs taken of the vehicle involved;

Scanned with CamScanner

  C) Photographs taken at the scene of the accident;

  D) Any policies of public liability or property damage insurance covering this accident.

14.

It will be necessary to use medical witnesses at the trial of this case and their fees together with any expenses for taking of their depositions should be fixed and taxed as costs.

15.

Petitioner annex to this petition certain interrogatories and requests for production of documents to be answered by the defendants separately, in writing, under oath, and within the delays allowed by law.

16.

And now, pleading in the alternative and only in the alternative, if this Honorable Court should hold and find that the petitioner, petitioner was negligent, then and in that event, petitioner shows that the defendants are liable to petitioner, in solido, in an amount to be in proportion to the degree or percentage of negligence or fault attributable to each party as provided under the Comparative Negligence Laws of the State of Louisiana.

WHEREFORE, PETITIONER PRAYS THAT:

  1) Defendants be served with a copy of this petition and be cited to appear and answer the same;

  2) Defendants be directed to produce and file into Court, within the delays allowed by law for pleading to this petition, the following documents;

  a) Statements taken from Petitioner;

  b) Photographs taken of the vehicle involved;

Scanned with CamScanner

    c)    Photographs taken at the scene of the accident;

    d)    Any policies of public liability or property damage insurance covering this accident;

3) Defendants be directed to answer the interrogatories and request for production of documents separately, in writing, under oath, and within the delays allowed by law.

4) After due proceedings had, there be judgment herein in favor of petitioner, SHERRY CARSWELL, and against the defendants GDR TRANSPORT, LLC and, NORTHLAND INSURANCE COMPANY in solido, for such sums as the Court may direct or for any award justified under law for the damages sustained by petitioners in this accident;

5) Petitioner prays in the alternative that after due proceedings had, there be judgment herein in favor of petitioner, SHERRY CARSWELL and against the defendants, GDR TRANSPORT, LLC and, NORTHLAND INSURANCE COMPANY in solido, for such sums as the Court may direct to be in proportion to the degree or percentage of negligence or fault attributable to each party as provided under the Comparative Negligence Laws of the State of Louisiana;

6) Expert witness fees to be fixed and taxed as costs;

7) For all general and equitable relief.

_____
JUSTIN P. SMITH #34096
HOLLAND J. MICIOTTO #37561
RONALD J. MICIOTTO #07540
628 Stoner Avenue
Shreveport, Louisiana 71101
(318) 424-0200

ATTORNEY FOR PETITIONER

Scanned with CamScanner

PLEASE SERVE:

GDR TRANSPORT, LLC
Through its service of process Long-Arm
ROSA RABARA
P. O. Box 672
Spanaway, Washington 98387

NORTHLAND INSURANCE COMPANY
Through
Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

Scanned with CamScanner

| | |
|---|---|
| SHERRY CARSWELL | NUMBER |
| VERSUS | FIRST JUDICIAL DISTRICT COURT |
| GDR TRANSPORT LLC, ET AL | CADDO PARISH, LOUISIANA |
| Permanent Assignment | Section |

**ORDER**

THE FOREGOING PETITION CONSIDERED:

IT IS HEREBY ORDERED that defendants be served with a copy of this petition and be citied to appear and answer the same.

IT IS FURTHER ORDERED that defendants produce and file into Court, within the delays allowed by law, the following documents:

1) Statements from Petitioners;
2) Photographs taken at the scene of the accident;
3) Photographs taken of the vehicles involved;
4) Any policies of public liability or property damage insurance covering this accident.

IT IS FURTHER ORDERED that defendants answer the interrogatories and request for production of documents separately, in writing, under oath, and within the delays allowed by law.

Shreveport, Caddo Parish, Louisiana, on this 11 day of April, 2022.

_____
JUDGE MICHAEL PITMAN
JUDGE

ENDORSED FILED
COLVIN ROBERSON, CADDO DEPUTY CLERK
APR 08 2022
A TRUE COPY ATTEST
CADDO PARISH DEPUTY CLERK OF COURT

Scanned with CamScanner

| | |
|---|---|
| SHERRY CARSWELL | NUMBER |
| VERSUS | FIRST JUDICIAL DISTRICT COURT |
| GDR TRANSPORT LLC, ET AL | CADDO PARISH, LOUISIANA |
| Permanent Assignment | Section |

### REQUEST FOR TEN DAYS NOTICE OF SETTING AND FOR NOTICE OF INTERLOCUTORY ORDER OR JUDGEMENT

Plaintiff, SHERRY CARSWELL requests that she be given at least ten (10) days written notice, in advance, in accordance with the provisions of Article 1572 of the Louisiana Code of Civil Procedure, of the date this case is to be fixed for trial. Plaintiff further requests, written notice of the rendition of any interlocutory order or judgment in this case, pursuant to Article 1914 of the Louisiana Code of Civil Procedure.

                                                                                                     _____
                                                                                                     JUSTIN P. SMITH #34096
                                                                                                     HOLLAND J. MICIOTTO #37561
                                                                                                     RONALD J. MICIOTTO #07540
                                                                                                     628 Stoner Avenue
                                                                                                     Shreveport, Louisiana 71101
                                                                                                     (318) 424-0200

                                                                                                     ATTORNEY FOR PETITIONER

Scanned with CamScanner